The People of the State of New York, Respondent,
against
Danyell Sandlin, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (John Cataldo, J.H.O.), rendered March 17, 2011, after a nonjury trial, convicting him of violating New York City Administrative Code § 19-176(b), and imposing sentence.




Per Curiam.
Judgment of conviction (John Cataldo, J.H.O.), rendered March 17, 2011, affirmed.
We find unavailing defendant's present challenge to the facial sufficiency of the underlying accusatory instrument. "[G]iven a fair and not overly restrictive or technical reading" (People v Casey, 95 NY2d 354, 360 [2000]), the allegations that defendant was observed by a police officer at the corner of 121st Street and Second Avenue, "riding a gray mountain bicycle on the sidewalk where pedestrian traffic flows" were sufficient, for pleading purposes, to establish reasonable cause to believe and a prima facie case that defendant violated New York City Administrative Code § 19-176(b). At the pleading stage, nothing more is required (see People v Allen, 92 NY2d 378, 385 [1998]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: March 28, 2016